# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                    Case No.: 1:08–cr–00122

                                                      Honorable Harry D. Leinenweber

Barry Ware, et al.

Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

    MINUTE entry before Judge Honorable Harry D. Leinenweber:as to Barry Ware, Gregorio Rodriguez, Gary McDonald, Devon Tyler, Gerald Lindsey, Kevin Waddell, Terry Peten, Melvin Holmes, Jermaine McCann, Bobby Mitchell, LaQuinta Moffett, Howard Blankenship, Linnea Massey Status hearing stricken. Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.